

# Missouri Court of Appeals
## Southern District

**NOVEMBER 13, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD32902

      Re:    STATE OF MISSOURI,
            Respondent,
            vs.
            BRENT CURTIS SCHWERTZ,
            Appellant.